# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA    \*

          v.                    \*    Citation No(s):

                           \*   9155330- Location MY11 [Fort Detrick]

AUGUSTINE KAMARA      \*

   Defendant               \*   Docket No:

                           \*

                           \*

\* \* \* \* \* \* \* \* \* \* \* \*

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| 18 USC 661 theft (under $100) | DISMISSED | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: $ | |

*(Section to be completed by court personnel)*

Payment is due in full within seven days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

☐ Central Violations Bureau, P.O. BOX 780549, San Antonio, TX 78278
     (or you may pay online at www.cvb.uscourts.gov)

---

☐ Waive Initial Appearance      ☐ Continue to Obtain License

☐ Continue for Payment      ☐ Continue to Retain Attorney

☐ Set for Trial      ☐ New Court Date: _____

☑ Dismissed by the Government      at: _____ a. m.

COMMENTS: Dismiss [This is set by CVB for an Initial Appearance 9 December 2025]

_____      *Special*   /s/ Jeffrey B. Miller
Defendant's Signature                      Assistant U.S. Attorney

                                             11/21/2025

_____                      Date
Attorney for Defendant

     *Original – Court*             *Yellow – Defendant*             *Pink – AUSA*

Plea Agreement (07/2019) Triple